

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

SERKAN TABAK,

                                    Petitioner,

v.

SIXTO MARRERO, et al,

                                    Respondents.

Case No.:  26-cv-1954-BJC-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

On March 27, 2026, Petitioner Serkan Tabak filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner is a native and citizen of Turkey. *Id.* at 1. Petitioner entered the United States on April 8, 2023, and was subsequently released on his own recognizance.  Although a Notice to Appear was not submitted by the Department of Homeland Security ("DHS"), he filed a Form I-589 with the United States Citizenship and Immigration Services (USCIS) to comply with all applicable regulations and seek asylum. Petitioner is authorized to work in the United States, possesses a valid Social Security Number (SSN) along with a current Employment Authorization Document (EAD), and he is regularly employed.

DHS re-arrested Petitioner on February 2, 2026, without prior notice, a hearing, or any individualized assessment. Petitioner has been detained at the Imperial Regional

1

Detention Center since his arrest.

Petitioner requests that the Court order his immediate release from ICE custody under reasonable conditions and enjoin the government from re-detaining him without a pre-deprivation hearing before the Court. ECF No. 1 at 21.  Alternatively, Petitioner seeks "an order that Petitioner be released within 14 days unless Respondents schedule a hearing to take place before a neutral arbiter, where, to continue detention, the government must establish by clear and convincing evidence that Petitioner presents a danger or flight risk, and address why available conditions of supervision cannot mitigate any such risks." *Id.*

## I.    LEGAL STANDARD

Courts may grant habeas corpus relief to those "in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2241; *see also Hamdi v. Rumsfeld,* 542 U.S. 507, 525, 124 S. Ct. 2633, 2644, 159 L. Ed. 2d 578 (2004) ("[T]he writ of habeas corpus remains available to every individual detained within the United States."). Courts are authorized to grant writs pursuant to § 2241 to noncitizens in custody in violation of the Constitution or laws or treaties of the United States.  *Magana-Pizano v. I.N.S.*, 200 F.3d 603, 609 (9th Cir. 1999).

## II.    DISCUSSION

Petitioner contends his detention violates the Immigration and Nationality Act ("INA") and Due Process Clause of the Fifth Amendment.  ECF Nos. 1 ¶¶ 3, 9. Respondents do not address Petitioner's due process arguments.  Instead, Respondents claim that Petitioner is subject to mandatory detention under § 1225(b), but the "government acknowledges that Courts in this District have repeatedly reached the opposite conclusion" and that the facts of this case are not materially distinguishable from those cases. ECF No. 7 at 2.

Here, Petitioner was entitled to due process, including written notice, the reasons for the termination, and an opportunity to contest the determination, prior to termination of his parole.  *Noori v. LaRose*, No. 25-CV-1824-GPC-MSB, 2025 WL 2800149, at *11 (S.D. Cal. Oct. 1, 2025).  Petitioner contends, and Respondents do not dispute, that Petitioner

26-cv-1954-BJC-JLB

was provided no individualized determination, and no opportunity to be heard before he was detained.  The Court finds Petitioner's revocation of his release and detention violates his due process rights.

### III.   CONCLUSION AND ORDER

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner under the previously determined conditions.  Respondents are enjoined from re-detaining Petitioner without complying with 8 C.F.R. § 212.5 and due process.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 9, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1954-BJC-JLB